UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMANIE RILEY, on behalf of herself and all others similarly situated,

    Plaintiff,

-against-

PETER LUGER, INC.,

    Defendant.

No. 16-cv-2500

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as against Defendant, Peter Luger, Inc., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendant:

By: _____
Daniel A. Schnapp, Esq.
Fox Rothschild LLP
100 Park Avenue, 15th Floor
New York, NY 10017
Telephone: (212) 878-7960
Fax: (212) 692-0940
dschnapp@foxrothschild.com

Date: 11/7/16

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: Nov 3, 2016

SO ORDERED

_____
Hon. Frederic Block, U.S.D.J.